# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ABIGAIL MILLER

VERSUS

SHANNON HAYES (PATTERSON)
SHAWN HAYES

NO.  2024 CW 0220

**JUNE 18, 2024**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 715,925.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

   **WRIT DENIED.**

                              JMG
                              PMc
                              JEW

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
     FOR THE COURT